UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
              - against -                :        16 Cr. 500 (RMB)
                                         :
CESAR SANCHEZ,                           :        **ORDER**
                          Defendant.     :
------------------------------------------------------------x

The Government is respectfully requested to submit under seal Mr. Sanchez's BOP medical records on or before Friday, April 30, 2021 at 5:00 p.m.

Dated: New York, New York
       April 29, 2021

_____
**RICHARD M. BERMAN, U.S.D.J.**

1